IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF STERLING HEIGHTS
GENERAL EMPLOYEES'
RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiffs,

  v.

PRUDENTIAL FINANCIAL, Inc., *et al*.,

    Defendants.
                                           /

No. C 14-80161 WHA

**ORDER SETTING
BRIEFING SCHEDULE FOR
MOTION TO QUASH**

      Non-party California Department of Insurance moves to quash a subpoena for the production of documents and production of a deposition witness served by plaintiffs in a civil action currently pending in the United States District Court for the District of New Jersey.

      The California Department of Insurance is hereby **ORDERED** to serve the motion to quash and related papers on all parties in the underlying litigation by **NOON ON JUNE 6, 2014**. The opposition to the motion will be due by **NOON ON JUNE 13**. The reply will be due by **NOON ON JUNE 16**. The motion hearing will be set for **THURSDAY, JUNE 19 AT 8:00 A.M.**

      IT IS SO ORDERED.

Dated: June 4, 2014.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE