IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

PRUDENTIAL FINANCIAL, INC., *et al.*,

Defendants.

No. C 14-80161 WHA

**NOTICE RE UPCOMING ORAL ARGUMENT**

For the upcoming oral argument on the pending motion to quash, the parties are requested to be prepared to address the following questions:

1. Whether the automatic stay on all discovery under the PSLRA is applicable on account of ongoing motion practice, *see SG Cowen Sec. Corp. v. United States District Court*, 189 F.3d 909, 911 (9th Cir. 1999) ("discovery should be permitted in securities class actions *only after the court has sustained the legal sufficiency of the complaint*") (emphasis in original), and;

2. Whether any discovery has been propounded by Prudential in the underlying action.

Dated: June 18, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE